UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdl Matine SAMARI,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>Casey JEREMY, et al.,<br><br>　　　　　　　　Respondents. | Case No.: 26-cv-0701-AGS-MSB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1), DENYING MOTION FOR TEMPORARY RESTRAINING ORDER (ECF 3), AND ORDERING BOND HEARING** |

　　　Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 5, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**, and the pending motion for a temporary restraining order is denied as moot.

　　　Respondents must provide petitioner with a bond hearing before an immigration judge by **February 25, 2026**.

Dated:  February 11, 2026

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　United States District Judge